# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **OLAN DAVIS, On Behalf of Themselves and Other Persons Similarly Situated,** *Plaintiff*, | § § § § |
| v. | §   MO:20-CV-00184-DC-RCG |
| **HUNT OIL COMPANY,** *Defendant*. | § § § § § |

## ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 17). This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. (Doc. 6).

Pursuant to the parties' Joint Stipulation of Dismissal of Lawsuit with Prejudice (Doc. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no further action is needed from the Court. The Clerk of Court is **ORDERED** to close this case.

It is so **ORDERED**.

SIGNED this 24th day of September, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE